# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129251

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE ESTATE OF C. GEORGE
WIDDIFIELD, Deceased.

_____

MARGARET WIDDIFIELD, Personal
Representative of the Estate of C.
GEORGE WIDDIFIELD, a/k/a CHARLES
G. WIDDIFIELD, Deceased,
       Peititioner/Counterdefendant-
       Appellee,

v

MARGARET IZUTSU,
       Respondent-Counterplaintiff-
       Appellant.

SC: 129251
COA: 252678
Oakland PC: 02-285798-CZ

_____/

On order of the Court, the application for leave to appeal the June 28, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

s0221

_____
Clerk